**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| RUFUS BROTHERS, and<br>JESSICA BROTHERS<br>　　　Plaintiff, | |
| v. | Case No.:　　4:16-cv-559 |
| KARMEN & MICHAELS FINANCIAL GROUP, LLC<br>　　　Defendant. | |

## ORDER DISMISSING CASE WITH PREJUDICE

After considering Plaintiff's Unopposed Motion to Dismiss With Prejudice, the Court

is of the opinion that the following order should be entered:

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that all claims and

causes of action asserted by Rufus Brothers and Jessica Brothers against Karmen & Michaels

Financial Group, LLC are dismissed WITH PREJUDICE.

All relief not previously granted is hereby denied.

The Clerk is directed to close this civil action.

**SIGNED this 7th day of November, 2016.**


_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE